1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,
                                              Case No.  15-cr-00245 PJH
8            v.

9    WAYNE LIPPMAN,                           **ORDER SETTING DEADLINE TO
                                              RESPOND TO REQUEST TO
10           Defendant.                       REDIRECT RESTITUTION PAYMENTS**

11                                            Re: Doc. No. 37

12

13

14          Before the court is the request of David W. Corkrum, for transfer of a restitution

15   payment in the amount of $2,689.50 made to Paul D. Lysaght, who is deceased, to Mr.

16   Corkrum as the successor in interest.  Doc. no. 37.  *See* doc. no. 35 (Nov. 15, 2017

17   Judgment).  Mr. Corkrum has submitted documents in support of his request, including a

18   death certificate indicating that Mr. Lysaght passed away on September 1, 2013.  Doc.

19   no. 37.

20          The court ORDERS the government to respond to Mr. Corkrum's request,

21   addressing the assignability of the restitution payment and the sufficiency of his request,

22   by July 12, 2018.  Defendant may file a response or statement of non-opposition to Mr.

23   Corkrum's request and to the government's response by July 19, 2018.  The parties are

24   directed to mail serve a copy of their responses to Mr. Corkrum.

25          **IT IS SO ORDERED.**

26   Dated: June 28, 2018

27   _____

28   PHYLLIS J. HAMILTON
     United States District Judge